UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALY

KEVIN TURNER and ALICE LAWAETZ,   Case No.: 19-cv-62670

    Plaintiffs,

v.

ONE 2020 74 FOOT SUNSEEKER YACHT,
her engines, tackle, equipment, furniture,
auxiliary vessels, appurtenances, and
necessaries, *in rem*,

    Defendants.
_____/

## CONSENT AND INDEMNIFICATION AGREEMENT FOR THE APPOINTMENT OF A SUBSTITUTE CUSTODIAN

Plaintiffs, KEVIN TURNER AND ALICE LAWAETZ, by and through undersigned counsel, and NATIONAL MARITIME SERVICE, INC. ("NMS"), the proposed Substitute Custodian, hereby expressly release the United States Marshal for this District, and the United States Marshal's Service, from any and all liability and responsibility for the care and custody of one 2020 74 Foot Sunseeker yacht, Hull No. XSK07214H920, her engines, tackle, apparel, furniture, equipment, auxiliary vessels, and all other necessaries appertaining and belonging *in rem* while in the hands of NMS.

Plaintiffs and NMS also expressly agree to hold the United States Marshal for this District, and the United States Marshal's Service, harmless from any and all claims whatsoever arising during the period of the substitute custodianship.

As counsel of record in this action, the undersigned attorney represents that he/she has been expressly authorized by Plaintiffs to sign this Consent and Indemnification Agreement for, and on behalf of Plaintiffs.

SIGNED this 25th day of October, 2019.

Counsel of Record

*Blair Brogan*
Florida Bar No. 95029
Michael Karcher
Florida Bar No. 516287
ROBERT ALLEN LAW
1441 Brickell Ave., Ste. 1400
Miami, FL 33131
(305) 372-3300 (Phone)
(305) 379-7018 (Fax)
bbrogan@robertallenlaw.com
mrk@ukandk.com
litigation@robertallenlaw.com

Substitute Custodian

G. Robert Toney
Chairman
NATIONAL MARITIME SERVICES, INC.
1560 Sawgrass Corporate Parkway, 4th Floor
Fort Lauderdale, FL 33323-2855
(954) 990-1060 (Phone)
(954) 602-0783 (Fax)
GRToney@natliq.com