UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-62670-CIV-ALTONAGA/Seltzer

**KEVIN TURNER**, *et al.,*

     Plaintiffs,

v.

**ONE 2020 74 FOOT SUNSEEKER SPORT YACHT**, Hull No. XSK07214H920, her engines, tackle, equipment, furniture, auxiliary vessels, appurtenances, and necessaries, *in rem*,

     Defendant.

_____/

**ORDER**

THIS CAUSE came before the Court on Plaintiffs' Motion for Issuance of Order Directing the Clerk of Court to Issue a Warrant of Arrest *In Rem* and for Emergency Consideration [ECF No. 7]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Pursuant to Supplemental Rule (C)(3)(a)(i) and Local Admiralty Rule C(2)(a) and Rule D, the Clerk is directed to issue a warrant of arrest against the 74-foot motor yacht, ONE 2020 74 FOOT SUNSEEKER SPORT YACHT, Hull No. XSK07214H920.

**DONE AND ORDERED** in Miami, Florida, this 31st day of October, 2019.

                                                              **CECILIA M. ALTONAGA**
                                                              **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record