UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALY

Case No.: 19-cv-62670-CMA

KEVIN TURNER and ALICE LAWAETZ,

    Plaintiffs,

v.

ONE 2020 74 FOOT SUNSEEKER SPORT
YACHT, Hull No. XSK07214H920, her
engines, tackle, equipment, furniture,
auxiliary vessels, appurtenances, and
necessaries, *in rem*,

    Defendants.
_____/

ORDER: Warrant to issue for delivery to U.S. Marshal not later than Noon of next business day following issuance.
☑ Not to be executed on legal holiday, weekend or after Noon or date preceding same.
☐ May be executed anytime or day.

_____
U.S. DISTRICT JUDGE

## **WARRANT FOR ARREST IN REM**

TO THE UNITED STATES MARSHAL
FOR THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

    The Verified Complaint (DE 1) in the above-styled in rem proceeding was filed in Admiralty in this Court on October 25, 2019.

    In accordance with Supplemental Rule (C) for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and Local Admiralty Rule 3, you are directed to arrest the *in rem* Defendant vessel, the 74 foot, motor yacht, ONE 2020 74 FOOT SUNSEEKER SPORT YACHT, Hull No. XSK07214H920, her boats, tackle, apparel and furniture, engines and appurtenances, and to detain the same in your custody pending further order of the Court.

You shall also give notice of the arrest to all persons required by appropriate Supplemental Rule, Local Admiralty Rule, and the practices of your office.

ORDERED at _____, Miami, Florida, this 31st day of October, 2019.



Copy furnished to:
Michael R. Karcher, Esq.
Florida Bar No. 516287
Karcher, Canning & Karcher
760 N.E. 7th Avenue
Dania Beach, FL 33304
Telephone: 954/929-7800
Facsimile: 954/929-7799

### SPECIAL NOTICE

In accordance with Local Admiralty Rule C(6), any person claiming an interest in the vessel and/or property shall be required to file a claim within ten (10) days after process has been executed, and shall also be required to file an answer within twenty (20) days after the filing of this claim.

Any persons claiming an interest in the vessel and/or property may also pursue the post-arrest remedies set forth in Local Admiralty Rule C(7).